IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ADRIANA HAYS, et al., | ) | Civil No. 03:16-cv-01942-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER APPROVING** |
| v. | ) | **SETTLEMENT AND** |
| | ) | **ORDER OF DISMISSAL** |
| AXIOM ENTITIES LLC, et al., | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that the parties' Joint Motion for Court Approval of Settlement Agreement and to Dismiss Lawsuit with Prejudice [14] is GRANTED. The parties' settlement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the FLSA. This action is DISMISSED with prejudice and with the Court retaining jurisdiction in order to enforce the terms of the Settlement Agreement. Pending motions, if any, are DENIED AS MOOT.

Dated this 18th day of May, 2017.

by _____
Paul Papak
United States Magistrate Judge